# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE ERBE, | Case No. 2:15-cv-00356-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| STATE FARM FIRE AND CASUALTY COMPANY, et al., | |
| Defendant(s). | |

On May 22, 2015, the Court ordered the parties to show cause why they failed to file a proposed discovery plan. Docket No. 17. The deadline for filing that response was May 29, 2015. *See id.* Defendants have not filed a response. Plaintiff filed a response seeking an order staying discovery in this case. *See* Docket No. 18 at 3. "The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). The party seeking a stay carries the heavy burden of making a strong showing why discovery should be denied. *See, e.g.*, *Turner Broadcasting Sys., Inc. v. Tracinda Corp.*, 175 F.R.D. 554, 556 (D. Nev. 1997). The case law in this District makes clear that requests to stay all discovery may be granted when: (1) the pending motion is potentially dispositive; (2) the potentially dispositive motion can be decided without additional discovery; and (3) the Court has taken a "preliminary peek" at the merits of the potentially dispositive motion and is convinced that the plaintiff will be unable to state a claim for relief. *See Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013).

Plaintiff's response fails to address the above standards. Accordingly, her request for a stay of discovery is hereby DENIED without prejudice. The Court further ORDERS that any request to stay discovery must be filed no later than June 8, 2015, and must address the relevant standards. In the event no such request is filed, a joint proposed discovery plan must be filed no later than June 15, 2015.

IT IS SO ORDERED.

DATED: June 1, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge