# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE ERBE, | |
| Plaintiff(s), | Case No. 2:15-cv-00356-JCM-NJK |
| vs. | ORDER DENYING MOTION TO STAY DISCOVERY |
| STATE FARM FIRE & CASUALTY CO., et al., | |
| Defendant(s). | (Docket No. 20) |

Pending before the Court is Plaintiff's motion to stay discovery pending resolution of her motion to remand. Docket No. 20; *see also* Docket No. 13 (motion to remand). On July 1, 2015, United States District Judge James C. Mahan denied Plaintiff's motion to remand. Docket No. 22. Accordingly, Plaintiff's motion to stay is hereby **DENIED** as moot. The parties shall submit a joint proposed discovery plan no later than July 16, 2015.

IT IS SO ORDERED.

DATED: July 2, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge